```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

ROGER LEE BAKER, JR.,              *

      Petitioner,              *

vs.                                *
                                      CASE NO. 4:11-CV-80 (CDL)
BARRY GOODRICH, Warden, et al.,    *

      Respondents.             *

## ORDER ON REPORT AND RECOMMENDATION

After a *de novo* review of the record in this case, the Report and Recommendation, including a recommended denial of a certificate of appealability, filed by the United States Magistrate Judge on November 2, 2011 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

Petitioner's motion for extension of time (ECF No. 33), motion for transfer (ECF No. 34), motion for Chief Judge to Intervene (ECF No. 36), and "Motion: Order and Demand" (ECF No. 37) are denied as moot.

IT IS SO ORDERED, this 23rd day of December, 2011.

                                                s/Clay D. Land
                                                CLAY D. LAND
                                                UNITED STATES DISTRICT JUDGE